

**NUMBER 13-09-00668-CV**

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

---

**VICTOR HUGO BECERRA,**                                                    **Appellant,**

**v.**

**MARGARITA HILLS,**                                                        **Appellee.**

---

### On appeal from County Court at Law No. 1
### of Hidalgo County, Texas.

---

## MEMORANDUM OPINION

**Before Chief Justice Valdez and Justices Rodriguez and Vela
Memorandum Opinion Per Curiam**

Appellant, Victor Hugo Becerra, perfected an appeal from a judgment entered by the County Court at Law No. 1 of Hidalgo County, Texas, in cause number CL-06-0130-A. Appellant has filed a motion to dismiss the appeal on grounds that the parties have settled and compromised their differences. Appellant requests that this Court dismiss the appeal.

The Court, having considered the documents on file and appellant's motion to dismiss the appeal, is of the opinion that the motion should be granted. *See* TEX. R. APP. P. 42.1(a). Appellant's motion to dismiss is granted, and the appeal is hereby DISMISSED. Costs will be taxed against appellant. *See* TEX. R. APP. P. 42.1(d) ("Absent agreement of the parties, the court will tax costs against the appellant."). Having dismissed the appeal at appellant's request, no motion for rehearing will be entertained, and our mandate will issue forthwith.

PER CURIAM

Delivered and filed the 18th
day of November, 2010.